COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-464-CV

IN RE ELIZABETH ALLMOND RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

JOHN CAYCE

CHIEF JUSTICE

PANEL: CAYCE, C.J.; LIVINGSTON and HOLMAN, JJ.

LIVINGSTON, J. concurs without opinion.

DELIVERED:  December 16, 2008

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.